IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DEVORIUS VIJAY PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 115-148 |
| | ) |
| STAN SHEPARD, Warden, and | ) |
| HOMER BRYSON, Commissioner, | ) |
| Georgia Department of Corrections, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 19, 20.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate as the opinion of the Court and **DENIES** Plaintiff's motion for a preliminary injunction.

SO ORDERED this 15th day of June, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA